**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TERRY KERR and DENNIS KERR

Plaintiff(s),

vs.

NORTHERN NEVADA FAMILY DENTAL, PINNACLE MEDICAL GROUP, et al.

Defendant(s).

Case #3:23-cv-00418

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____SAM L. ANGELL_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Hall Angell & Associates, PLLP_____
(firm name)

with offices at _____1075 S. Utah Ave. Ste. 150_____,
(street address)

_____Idaho Falls_____, _____Idaho_____, _____83402_____,
(city)           (state)         (zip code)

_____2085223003_____, _____sla@hasattorneys.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____The Bonneville County Recorder_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/30/2004 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Idaho (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing. [1]

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court for Idaho | 9/30/2004 | 7012 |
| Ninth Circuit | 5/20/2009 | 7012 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2                                                                    Rev. 5/16

---

[1] Idaho Certificate of Good Standing for Mr. Angell is pending receipt as of today, the required date of this filing. Upon receipt, a corrected image of the instant Petition will be immediately filed to include the Certificate of Good Standing.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Idaho State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Idaho____ )
)
COUNTY OF ____Bonneville____ )

____Sam L. Angell____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 13th day of October, 2023.

_____
Notary Public or Clerk of Court

DILLON S. ERICKSON
COMM. NO. 20180146
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 01/25/24

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan Lawrence____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____730 Las Vegas Blvd. S., Ste. 104____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)           (state)          (zip code)

____7028923500____, ____nlawrence@vegascase.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan Lawrence_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Penny Manning*
(party's signature)

*Penny Manning, Recorder*
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

15060                                    nlawrence@vegascase.com
Bar number                               Email address

**APPROVED.**

*[signature]*
Anne R. Traum
United States District Judge

DATED: <u>October 20, 2023</u>

5

Rev. 5/16

# Exhibit

to

**Verified Petition for Permission to Practice in this Case Only
by Attorney Not Admitted to the Bar of This Court
and Designation of Local Counsel
[ECF No. 30]**

*Kerr et al. v. Northern Nevada Family Dental et al.*
Case No.: 3:23-cv-00418-ART-CLB

**Certificate of Good Standing for Sam L. Angell**

# CERTIFICATE OF GOOD STANDING

## Sam L. Angell

This is to certify that Sam L. Angell is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Angell was admitted to the Idaho State Bar by examination on September 30, 2004 and has been an Active member since admission.

_October 18, 2023_
Date

_[signature]_
Diane K. Minnich, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764