## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY KERR *and* DENNIS KERR,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN NEVADA FAMILY DENTAL, *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00418-ART-CLB<br><br>**ORDER TO STAY DISCOVERY** |

On November 13, 2023, Defendants filed a Case Management Report. (ECF No. 58.) Defendants explain they made multiple attempts to reach Plaintiffs at the phone number listed on their filings, but neither Plaintiff responded to Defendants' voicemails. (*Id.* at 2.) Currently, multiple motions to dismiss are pending that indicate the Court may lack jurisdiction in this case. (*See* ECF Nos. 12, 17, 21, 31, 35.) Consequently, Defendants request for discovery to be stayed pending a ruling on the motions to dismiss. (ECF No. 58 at 4-5.) Alternatively, Defendants request "[a]n extended discovery period is warranted in light of the numerous pending motions and the repetitive, undiscernible nature and largely time-barred claims asserted by the *pro se* Plaintiffs, many of which are likely to be disposed of in whole or in part through the pending motions." (*Id.* at 5.) Here, the Court finds that a stay of discovery is warranted due to Plaintiff's failure to respond as it relates to the Case Management Report and discovery obligations combined with the multiple motions to dismiss that allege this Court lacks jurisdiction in this case.

**IT IS THEREFORE ORDERED** that discovery in this case is **STAYED** until the final motion to dismiss in this case is resolved. In the event any of the motions to dismiss are denied, the parties are ordered to file a proposed discovery plan and scheduling order within 21 days of the issuance of the order resolving the final pending motion to dismiss.

///

The updated discovery plan shall include updated dates for all applicable discovery deadlines, including the deadlines for disclosing expert witnesses.

**IT IS SO ORDERED.**

**DATED**:   November 14, 2023  .

_____
**UNITED STATES MAGISTRATE JUDGE**