UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY KERR, *et al.*,<br><br>       Plaintiffs,<br>   v.<br><br>NORTHERN NEVADA FAMILY DENTAL, *et al.*,<br><br>       Defendants. | Case No. 3:23-cv-00418-ART-CLB<br><br>ORDER CLOSING CASE |

On June 20, 2024, the Court dismissed Plaintiffs Terry and Dennis Kerr's federal claims with prejudice and state law claims without prejudice. (ECF No. 72.) The Court granted Plaintiffs leave to amend their complaint with an explanation of the Court's jurisdiction over the state law claims and ordered Plaintiffs to submit an amended complaint by July 22, 2024. (*Id.*) The Court warned that if Plaintiffs failed to establish jurisdiction within that time, the Court would dismiss any amended complaint and direct the Clerk of Court to close the case. Plaintiffs did not file an amended complaint.

Therefore, the Clerk of Court is directed to close this case and enter judgment accordingly.

Dated this 31st day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1